THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALDO J. MORSE, JR., Appellant, *v.* EUGENE M. TRAVIS, as Comptroller of the State of New York, Respondent.

*People ex rel. Morse v. Travis*, 181 App. Div. 964, affirmed.
(Argued October 3, 1918; decided October 22, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 17, 1918, which unanimously confirmed, on certiorari, a determination of the comptroller of the state of New York revoking the license of the relator as a private detective. The sole question on appeal was whether the deputy state comptroller had jurisdiction to hear and determine the charges which resulted in the revocation of the relator's license.

*Frederick C. Hunter* for appellant.

*Merton E. Lewis*, Attorney-General (*Charles T. Dawes* and *Edward G. Griffin* of counsel), for respondent.

*William A. Purrington*, amicus curiæ.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.